United States District Court
Southern District of Texas
**ENTERED**
February 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| INDRANI SWAMI, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> TRAVELERS LLOYDS OF TEXAS § <br> INSURANCE COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. 6:18-CV-00042 |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on this 19th day of February, 2019.

_____
Kenneth M. Hoyt
United States District Judge